DONALD ADAMY, Respondent, v SOUTH BUFFALO RAILWAY COMPANY, Appellant. [751 NYS2d 798] —Motion for reargument granted and, upon reargument, the last sentence of the first paragraph of the memorandum and the ordering paragraph of the memorandum-order entered May 3, 2002 (294 AD2d 801) are amended by providing that a new trial is granted on liability only and the memorandum is further amended by deleting the first sentence of the last paragraph and substituting in its place the following sentence: "Finally,

we note that, if liability is found, upon the retrial, plaintiff's 'sick pay' may not be deducted from plaintiff's award of damages"; cross motion for reargument denied as moot. Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.